AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2026

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

Corey Michael Switzer
*Plaintiff*
v.
Asotin County et al,
*Defendant*

Civil Action No. 2:26-cv-00373-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: Plaintiff has failed to file an amended complaint. The Court accordingly DISMISSES this action without prejudice for failure to comply with the Court's order and failure to prosecute.

This action was *(check one)*:

❐ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❐ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke

Date: October 19, 2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*